IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VIVIAN MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>ANGMAR MEDICAL HOLDINGS, INC. and ANGELS CARE HOME HEALTH, INC.,<br><br>Defendants. | Civil Case No. 3:18-CV-1210-N<br><br>FILED IN SEALED CASE |

### UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL OF CASE UNDER THE FALSE CLAIMS ACT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America notifies the Court of its consent to dismissal, without prejudice as to the United States, of this *qui tam* case.

1. Relators filed this case on behalf of the United States under the *qui tam* provisions of the False Claims Act on May 11, 2018. On June 28, 2019, Relators filed a Notice of Voluntary Dismissal, whereby they voluntarily dismissed the False Claims Act case, noting the dismissal was without prejudice as to the United States.

2. The United States consents to the dismissal of this case without prejudice as to the United States.

3. The United States requests that only the Complaint, this consent, and the Court's accompanying Order be unsealed.

4. A proposed Order accompanies this Notice.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ K.D. Pfeifle
KATHERINE E. PFEIFLE
Assistant United States Attorney
Texas Bar No. 24041912
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8807
Email: Katherine.Pfeifle@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, a copy of the foregoing pleading and proposed Order were mailed by first class mail to counsel for relators:

Kevin Colquitt
SBAITI & COMPANY, PLLC
1201 Elm Street, Suite 4010
Dallas, TX 75270

Anna C. Dover
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, Suite 1920
New York, NY 10119-0165

/s/ K.D. Pfeifle
KATHERINE E. PFEIFLE
Assistant United States Attorney